DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. THACKER

No. 6 PC.

Case below: 13 N.C. App. 299.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 14 March 1972.


STATE v. WILLIAMS

No. 92 PC.

Case below: 13 N.C. 233.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 March 1972.